**IT IS ORDERED as set forth below:**



Date: July 19, 2023

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Latoya Marie Jones | ) | |
| | ) | Case number 23-52140-wlh |
| Debtor | ) | |
| | ) | |
| Progress Residential Borrower 16, LLC, | ) ) | |
| Movant/Creditor | ) | |
| v. | ) ) | |
| Latoya Marie Jones, Debtor; Nancy J. Whaley, Trustee | ) ) ) | |
| Respondents | ) | |

Order Granting Relief from Stay

Progress Residential Borrower 16, LLC ("Movant") filed a Motion for

Relief from Stay (Docket No. 14) ("Motion") on April 26, 2023. The Motion

concerns rental residential property at 6540 Woodwell Dr., Union City, GA

1

302911 ("Property"). The Motion hearing was set for May 17, 2023 upon notice Movant contends was proper. No response to the Motion was filed. At the call of the calendar on Wednesday, May 17, 2023, counsel for Movant was present and counsel for the Debtor was present. No Opposition was offered to the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is granted. The automatic stay of 11 U.S.C. § 362(a) is MODIFIED to allow Movant to proceed with its remedies, as allowed by its lease contract and by state law, to dispossess the Debtor of the Property in the Courts of Fulton County.

[END OF DOCUMENT]

| Order presented by: | Trustee offers no opposition: |
|---|---|
| Cruikshank Ersin, LLC<br>6065 Roswell Road, Suite 680<br>Atlanta, Georgia 30328<br>Fax: 770-884-8114<br>Telephone: 770-884-8184<br>E-mail address:<br>beth@cruikshankersin.com<br><br>By: /s/Elizabeth M. Cruikshank<br>Elizabeth M. Cruikshank, Esq.<br>Attorney for Movant<br>Georgia Bar Number 215235 | /s/ Maria C. Joyner<br>Signed with express permission of<br> Maria C. Joyner, Esq.<br>Gar Bar Number 118350<br>Nancy J. Whaley, Standing Ch. 13<br>Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303<br>678-992-1201 |

3

Distribution List

The materials associated with the foregoing Order Granting Relief from Stay are to be distributed to the following persons:

*Debtor :*
Latoya Marie Jones
6540 Woodwell Dr
Union City, GA 30291
FULTON-GA

Trustee:
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201

*Debtor's Attorney(s):*
Darius Reese
The Semrad Law Firm, LLC
6125 Old National Hwy, Ste 121
Atlanta, GA 30349
678-668-7160
Email: dreese@semradlaw.com

Katarzyna Rzeszutek
The Semrad Law Firm, LLC
6125 Old National Hwy, Ste 121
Atlanta, GA 30349
678-668-7160
Email: krzeszutek@semradlaw.com

Movant's Attorney:
Elizabeth M. Cruikshank, Esq.
Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, Georgia 30328

*U.S. Trustee:*
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303